## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.:    18-10099 |
| | ) | Chapter 7 |
| **BARRY G. DOSSENKO** | ) | |
| **xxx-xx-5365** | ) | **RESPONSE TO MOTION FOR RELIEF** |
| **SERENA HEART DOSSENKO** | ) | **FROM STAY** |
| **xxx-xx-6117** | ) | |
| Debtors | ) | |

NOW COME the debtors, Barry G. Dossenko and Serena Heart Dossenko, responding to the Motion for Relief from Stay filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Creditor"), and say to the Court:

1.      The allegations contained in Paragraph 1 of the Motion are admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Not denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Admitted.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

### FIRST FURTHER DEFENSE

15.    The subject property has in excess of $65,000.00 of equity and the Creditor is adequately protected.

**WHEREFORE**, the Debtors respectfully request the Court:

1.    That the Movant have and take nothing by its action.

2.    For a preliminary hearing.

3.    For the costs of this action.

4.    For such other and further relief as the Court may seem just and proper.

Respectfully submitted, this the ___1st___ day of __April__ , 2019.

PITTS, HAY, & HUGENSCHMIDT, P.A.

By:  _/s/ Benson T. Pitts_____
        Benson T. Pitts, State Bar #38429
        14 Clayton Street
        Asheville, NC  28801
        Telephone 828-255-8085
        ben@phhlawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing document on the parties listed below by depositing same with the United States Postal Service in a properly addressed envelope with adequate postage thereon or by electronic notice*:

*David G. Gray                                    *Joseph J. Vonnegut
Chapter 13 Trustee                              Attorney for Ditech Financial
81 Central Avenue                               P.O. Box 2505
Asheville, NC 28801                             4317 Ramsey Street
                                                Fayetteville, NC 28302

This the ____1st____ day of __April__, 2019.

                              PITTS, HAY & HUGENSCHMIDT, P.A.

                              By: __/s/ Benson T. Pitts_____
                                    Benson T. Pitts, State Bar 38429
                                    14 Clayton Street
                                    Asheville, North Carolina 28801
                                    Telephone:  (828) 255-8085
                                    ben@phhlawfirm.com